UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAJESCO,

                        Plaintiff,                            26-cv-4884 (PKC)

          -against-                                 ORDER

ROBERT THRALL and EQUISOFT INC.,

                        Defendants.

---

CASTEL, U.S.D.J.

       The Court will hear the parties on Majesco's application for a temporary restraining order at 10:15 a.m. on Thursday, June 11, 2026, in Courtroom 11D, 500 Pearl Street, New York, N.Y. The Court encourages the parties to confer and arrive at a consensual arrangement pending a preliminary injunction hearing. Plaintiff's counsel is directed to email this Order to counsel for all defendants.

       SO ORDERED.

                                         P. Kevin Castel
                               United States District Judge

Dated:  New York, New York
       June 10, 2026